IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF ENGLAND d/b/a ENG Lending | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:15CV00683 SWW (LEAD CASE) |
| TREVOR BARRETT and BARRETT FINANCIAL GROUP LLC | * * * | |
| Defendants | * | |

*CONSOLIDATED WITH*

| | | |
|---|---|---|
| TREVOR BARRETT and BARRETT FINANCIAL GROUP LLC | * * * | |
| Plaintiffs | * * | |
| V. | * * | NO: 4:15CV00546 SWW |
| BANK OF ENGLAND d/b/a ENG Lending and Does | * * * | |
| Defendants | * | |

## ORDER CONSOLIDATING CASES

Before the Court is the parties' joint motion [ECF No. 19], asking this Court to consolidate this lead case with a related action that was transferred to this Court from the United States District Court for the District of Arizona and filed as *Barrett Financial Group, LLC v. Bank of England d/b/a ENG Lending*, 4:16CV00546 JM (E.D. Ark.).

Rule 42(a) of the Federal Rules of Civil Procedure governs consolidation of separate actions and provides: " If actions before the court involve a common question of law or fact, the

court may. . . consolidate the actions . . . . " Fed. R. Civ. P. 42(a).   Here, the Bank of England, d/b/a/ ENG Lending, ("BOE") brought this action, charging that Defendant Trevor Barrett breached an employment agreement and improperly diverted funds to Defendant Barrett Financial Group LLC.   Subsequently, Defendants filed suit against BOE in the District of Arizona, asserting several claims arising from the same employment agreement and relationship at issue in this case.  The cases are at the same stage of litigation, concern the same employment agreement, and involve the same parties and overlapping claims.   The Court finds that the cases should be consolidated.

IT IS THEREFORE ORDERED that this lead case, *Bank of England d/b/a ENG Lending v. Trevor Barrett and Barrett Financial Group LLC*, No. 4:15CV00683 SWW, and *Barrett Financial Group, LLC v. Bank of England d/b/a ENG Lending*, No. 4:16CV00546 JM, are hereby CONSOLIDATED.  Case No. 4:16CV00546 JM  should be transferred to the docket of United States District Judge Susan Webber Wright.

IT IS FURTHER ORDERED that the Clerk shall enter this order in each of the consolidated cases, and **the parties are advised that all future filings should be made only in the lead case, No. 4:15CV00683 SWW.**

IT IS SO ORDERED THIS 14^(TH) DAY OF SEPTEMBER, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE