# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF ENGLAND d/b/a ENG Lending | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:15CV00683 SWW **(LEAD CASE)** |
| TREVOR BARRETT and BARRETT FINANCIAL GROUP LLC | * * * * | |
| Defendants | | |

### CONSOLIDATED WITH

| | | |
|---|---|---|
| TREVOR BARRETT and BARRETT FINANCIAL GROUP LLC | * * * * | |
| Plaintiffs | * * | NO: 4:16CV00546 SWW |
| V | * * | |
| BANK OF ENGLAND d/b/a ENG Lending and Does | * * * | |
| Defendants | | |

### ORDER OF DISMISSAL

Before the Court is the parties' stipulation of dismissal [ECF No. 89], stating, "It is the intent of the Parties to dismiss with prejudice all claims and counterclaims pending in both 4:15CV00683 SWW and 4:16CV00546 SWW and that each party bear its own costs and fees."

1

IT IS THEREFORE ORDERED that the consolidated cases are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16th DAY OF OCTOBER, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE